UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE LOREE TALBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 18-cv-05218-SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of plaintiff and against defendant, and has ordered immediate award of benefits. Judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　
　　　SUSAN ILLSTON
　　　United States District Judge